IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **DEMETRIUS HERBERT.** | ) | |
| *Plaintiff,* | ) | |
| | ) | CASE NO. 3:13-CV-00015 |
| v. | ) | |
| | ) | **ORDER** |
| **OLYMPIA HOTEL MANAGEMENT LLC,**[1] | ) | |
| *Defendant.* | ) | |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment (docket no. 37) is hereby **GRANTED**.

It is so **ORDERED**.

Entered this  4th   day of February, 2014.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] During the February 3, 2014 hearing on Defendant's Motion for Summary Judgment, Defendant informed the court that Olympia Hotel Management LLC, rather than Dale Ludwig Morris Creek Yacht Club, is the properly named defendant in this action.